# TURBULENT MARINE LTD.

August 12, 2013

<u>Via Electronic Mail</u>
<u>& U.S. Mail</u>

Andrew N. Mescolotto
Fertig & Gramling
200 SE 13 Street
Fort Lauderdale, FL 33316

RE: **DEDICATED MARINE ELECTRIC, INC. v. M/Y CLAIRE ET AL.**
Vessel: 2003 150' Trinity CLAIRE

Dear Mr. Mescolotto:

### Letter of Undertaking and Security Agreement/Bond

In consideration of your refraining from arresting the 2003 150' Trinity M/Y CLAIRE (IMO # 8979829) (hereinafter sometimes referred to as "said vessel" or "vessel") and refraining from attaching any property belonging to Turbulent Marine, Ltd., PO Box 268, Grand Cayman KY1-1104, Cayman Islands, the Owner of the said vessel, as a result of the above captioned claim, the undersigned hereby agrees:

1. To file or cause to be filed, on your demand, an appearance on behalf of said vessel in any suit and to file or cause to be filed a claim by or on behalf of the owners of said vessel in any such actions, irrespective of whether or not the vessel is in the jurisdiction of the Court at the time and without raising any question as to its absence from the jurisdiction and whether the vessel is lost or not lost, in port or not in port, said *in rem* appearance and claim of Owner to be consistent with the defenses available to the vessel and its Owner as such defenses may appear in the future, and this letter of undertaking shall not constitute a waiver of any defenses available to the vessel or Owner.

2. In the event of a final judgment (after appeal, if any) being made or entered in Dedicated Marine Electric, Inc.'s favor against the M/Y CLAIRE and/or Turbulent Marine. Ltd., the undersigned, agrees to pay and satisfy up to and not exceeding the amount of Eighty-Five Thousand Dollars ($85,000.00), inclusive of interest and costs or any lesser amount adjudged by the Court or settled between the parties without a final judgment being rendered, where said settlement is made with the approval of the undersigned.

3. Within three business days of signing this Letter of Undertaking, the undersigned will cause the amount of Eighty-Five Thousand Dollars ($85,000.00) to be transferred to the trust account of Mike Pfundstein, P.A., who will provide a trust account statement, redacting all unrelated transactions, evidencing that the trust deposit has been made. These funds shall remain in the Mike Pfundstein, P.A., trust account until their disbursal is authorized by Order of Court or by a written settlement agreement signed by both Turbulent Marine. Ltd. and Dedicated Marine Electric, Inc. These funds are security for Dedicated Marine Electric, Inc.'s claim against the M/Y CLAIRE.

REGISTERED OFFICE
Campbell Corporate Services Limited
The Bank of Nova Scotia Building • P.O. Box 268 • George Town, Grand Cayman
Phone: 345-949-2648 • Telefax: 345-949-8613

4. This Letter of Undertaking shall substitute for and take the place of the *res*.

5. It is further agreed that special arrangements for service of process has been agreed to, whereby all service of process, whether personal or by mail, upon Mike Pfundstein, Esq., attorney for the M/Y CLAIRE, shall be deemed to be proper service upon the vessel and its Owner. It is also agreed that said service is without prejudice to any defenses relating to any issues which may be available to the vessel or the vessel Owner.

6. This letter is written entirely without prejudice as to any rights, defenses, immunities or limitations, statutory, contractual or otherwise, which said vessel or its owner may have, including, but not limited to, the right of exoneration or limitation of liability, none of which rights are to be regarded as waived, and is not to be deemed an admission of liability.

7. It is the intent of this Undertaking that Dedicated Marine Electric, Inc.'s, rights as Plaintiff, and the rights of the vessel and Owner shall be, and for all purposes shall be taken to be, precisely the same as they would have been had Dedicated Marine Electric, Inc. arrested the M/Y CLAIRE and the arrest was lifted by the posting of a bond. All other objections and defenses otherwise available are respectively reserved on behalf of the vessel and Owner.

Very Truly Yours,

_____
Merle A. Wood, III
As President and Sole Shareholder
Of Turbulent Marine, Ltd.

cc: Mike Pfundstein
    Mike Pfundstein, P. A.
    888 E Las Olas Blvd Fl 4
    Fort Lauderdale, Florida 33301

LAW OFFICE OF MIKE PFUNDSTEIN, P.A.
888 EAST LAS OLAS BOULEVARD, 4TH FLOOR
FORT LAUDERDALE, FLORIDA 33301
TEL: 954-527-0186 • FAX: 954-527-7802
map@mp-pa.com

*Via E-mail (rdm@mcintoshschwartz.com) and U.S. Mail*

January 23, 2014

Robert McIntosh
McIntosh Schwartz, P.L.
888 SE 3rd Avenue, Suite 500
Ft. Lauderdale, FL 33316-1159

Dear Bob:

We have been retained to represent the Vessel M/Y "CLAIRE" and her owner, TURBULENT MARINE, LTD. In consideration of NAUTICAL SPECIALISTS, INC., and VOYAGER MARITIME ALLIANCE GROUP, INC. agreeing to refrain from arresting, attaching or otherwise restraining the M/Y "CLAIRE," (the "Vessel") on the account of the claims by NAUTICAL SPECIALISTS, INC., and VOYAGER MARITIME ALLIANCE GROUP, INC., *in rem*, as is more particularly pled in the proposed Complaints in Intervention filed in the United States District Court for the Southern District of Florida, Case No. 13-CV-62676-KMW, *BMI INTERIOR YACHT REFINISHING, INC., et al. v. M/Y CLAIRE, et al.* in which NAUTICAL SPECIALISTS, INC. seeks damages from the Vessel *in rem*, in the amount of $48,393.13, plus interest and costs (Doc. No. 3-1), and VOYAGER MARITIME ALLIANCE GROUP, INC. seeks damages from the Vessel *in rem*, in the amount of $57,916.17, plus interest and costs (Doc. No. 4-1), the undersigned, Mike Pfundstein, Esq. of Mike Pfundstein, P.A., hereby agrees on behalf of the Vessel:

1. To file or cause to be filed, an appearance on behalf of said vessel in the instant suit, and to file or cause to be filed a claim by or on behalf of the owners of said vessel in the above-referenced action in accordance with the Local Admiralty Rules of the Southern District of Florida, irrespective of whether or not the vessel is in the jurisdiction of the Court at the time and without raising any question as to her absence from the jurisdiction and whether the vessel is lost or not lost, in port or not in port, said <u>in rem</u> appearance and claim of owner to be consistent with the defenses available to the vessel. This letter of undertaking shall not constitute a waiver of any of these defenses.

2. The undersigned firm of Mike Pfundstein, P.A.. hereby confirms that it is presently holding, on behalf of the owner of the M/Y CLAIRE, the sum of Fifty Four Thousand Two Hundred and 31/100 U.S. Dollars (**$54,200.31**) in its trust account as security for the claims of NAUTICAL SPECIALISTS, INC., and the sum of Sixty Four Thousand Eight Hundred Sixty Six and 77/100 U.S. Dollars (**$64,866.77**) in its trust account as security for the claims of VOYAGER MARITIME ALLIANCE GROUP, INC., and will use those funds to pay and satisfy up to and not exceeding the respective amounts referenced above, the said final judgment, or any lesser amount settled between

the parties without final decree being rendered, where said settlement has been made with the approval of the Vessel and the Vessel owners.

3.  It is further agreed and understood that under no circumstances shall the funds referenced above be released or disbursed from the trust account of Mike Pfundstein, P.A., except upon the Order of the District Court or upon written agreement entered into between the owner of the M/Y CLAIRE and NAUTICAL SPECIALISTS, INC. and/or VOYAGER MARITIME ALLIANCE GROUP, INC.

4.  It is further agreed that any appearance and claim filed shall stand with the same force and effect as if the Vessel had actually remained seized under warrant for arrest and had thereafter been duly released by the deposit of a surety bond to respond to the complaint in the said suit. All other objections and defenses otherwise available are respectively reserved on behalf of the vessel and Owner.

5.  It is further agreed that the rights of all parties in any suits shall stand and be in all respect as if the vessel had remained seized under warrant for arrest and released on the filing of a surety bond.

6.  This letter is written entirely without prejudice as to any rights, defenses, immunities or limitations, statutory, contractual or otherwise, which said vessel or its owner may have, including, but not limited to, the right of exoneration or limitation of liability, none of which rights are to be regarded as waived, and is not to be deemed an admission of liability.

Sincerely yours,

*[signature]*

Mike Pfundstein, Esq.
Mike Pfundstein, P.A.
On behalf of the Defendant M/Y "CLAIRE"
and her Owner, TURBULENT MARINE, LTD.

**LAW OFFICE OF MIKE PFUNDSTEIN, P.A.**
888 EAST LAS OLAS BOULEVARD, 4TH FLOOR
FORT LAUDERDALE, FLORIDA 33301
TEL: 954-527-0186 • FAX: 954-527-7802
map@mp-pa.com

---

*Via Federal Express*
*US Airbill No.: 804748896249*

April 3, 2014

Clerk's Office
U.S.D.C., Southern District of Florida
400 North Miami Avenue
8th Floor North
Miami, FL 33128

    Re:    B.M.I. Interior Yacht Refinishing, Inc., et al., v. M/Y Claire, et al.,
             Case No.: 13-cv-62676-KMW

Dear Clerk of Court:

Enclosed please find my firm's Trust Account check no. 1208 in the amount of $145,374.35 to be deposited with the Clerk of Court pursuant to the Court's Order (D.E.39) of April 2, 2014 as substitute security in lieu of the arrest of M/Y Claire.

If you have any questions, please contact me. Thank you for your attention and assistance with this matter.

Best regards,

*[signature]*
Mike Pfundstein

MP/cp

Enc.

```
                                                                              1208
MIKE PFUNDSTEIN P.A.                                                          63-4/630 FL
    IOTA ACCT                                                                 23924
    954-527-0186
888 E. LAS OLAS BLVD. STE. 400
FORT LAUDERDALE, FL  33301
                                              DATE  APRIL 3, 2014

PAY
TO THE
ORDER OF   CLERK, UNITED STATES COURTS              $ 145,374.35

ONE HUNDRED FORTY-FIVE THOUSAND, THREE HUNDRED SEVENTY-FOUR 35/100   DOLLARS

Bank of America

ACH R/T 063100277
BM, et al. v. M/Y CLAIRE

FOR  13-cv-62676-Williams

⑈001208⑈  ⑆063000047⑆  0037688 253 20⑈
```